UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ROY ABRAHAM et al.

    Plaintiffs,

CIVIL ACTION NO. 04-0044

vs.

SECTION: I

B.J. SINGH et al.

MAGISTRATE: 5

    Defendants.

### SUPPLEMENTAL RESPONSE AN INCORPORATED MEMORANDUM TO DEFENDANT CHANDLER'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. RULE 9 (B) AND RESPONSE TO DEFENDANT CHANDLER'S MOTION TO STRIKE AFFIDAVITS

In response to the Court's ORDER entered April 26, 2004 to provide factual information relative to each individual Plaintiff's claims relationship to the Eastern District of Louisiana, Plaintiffs have summarized the voluminous affidavits filed into the record on April 13, 2004. The summarized information was then placed in table form, attached hereto as Exhibit "A". Exhibit "A" is categorized with reference to significant contacts with the Eastern District of Louisiana indicating that each and every Plaintiff was transported to the Eastern District, housed in the Eastern District and if placed for employment at all, generally and overwhelmingly employed in the Eastern District.

As the summary shows, the cities of New Orleans and Houma form the geographical nexus of the claims. All of the Plaintiffs were transported through New Orleans from India, most by direct flight to Armstrong International Airport, others by bus from Atlanta to New Orleans. Plaintiffs.

Once they arrived, all workers were housed in motels in Houma near the Quality Shipyard job site for easy access to the promised work – which never came for some and was

extremely delayed for others. By this time they had surrendered their passports to Chandler and Forrester and were quickly running out of money. The work they had been promised simply was not there; the employment promises of three years at $14 hour were not met. In some cases, many months went by with absolutely no work. Chandler and Forrester promised $50 per week per man for food, but failed to fulfill this promise as well. Yet, complaints from the men were not well received. In fact, through a pattern of coercion including threats to have the Plaintiffs arrested and removed from the United States Chandler and Forrester kept the men in line. Meanwhile, Singh, Chandler and Forrester made plans to bring over more alien workers.

Plaintiffs contend that the Defendants' nefarious scheme, which began with their fleecing of unconscionable sums for the *privilege* of being sponsored by Falcon Steel, included as a component part, the continued exercise of domination and control over them while they remained in the United States. This control was exercised through a pattern of unlawful duress, all of which took place in the Eastern District, and all for the singular purpose of quelling any complaints about the illegal scheme.

Also, when Plaintiffs were paid by Falcon Steel, they were paid by check drawn on an unknown bank. The checks were tendered to Plaintiffs in the Eastern District, negotiated at banks in the Eastern District and the funds spent at local businesses. As Plaintiff's specifically allege, Defendants method of utilizing a financial institution to facilitate their crimes violates both the promotion and concealment prongs of the money laundering statute. 18 U.S.C. \_\_\_\_\_. (See APFD, \_\_\_\_\_)

The defense argument that the affidavits evidence submitted by Plaintiffs should be struck pursuant to Rule 12(f) is curious. In support of Chandler's Motion to Dismiss – which he filed before being served with the lawsuit – he claims <u>via affidavit</u> to have no real contact within

the Eastern District. If Chandler is right, then more than 200 people are lying about where they live, work and about what the Defendants have done to them and where. Since Chandler has submitted affidavit evidence attempting to controvert the Complaint, clearly fairness dictates that Plaintiff's affidavits be considered and given at least equal weight.

WHEREFORE, premises considered, the Plaintiffs would pray that Defendant Chandler's Motion to Dismiss pursuant to Rule 9 (B) be denied, that Defendant Chandler's Motion to Strike Plaintiffs' Affidavits filed in response to that Motion also be denied, and for all other relief at law or in equity which the Court deems just.

Respectfully submitted,

B. KENT FELTY, OBA NO. 15702
1405A JEFFERSON AVE.
NEW ORLEANS, LOUISIANA 70115
PH. (504) 895-1525
FAX (504) 895-1589

and

BRENT D. BURLEY, LA. BAR NO. 22744
FENET & ANDERSON
8461 UNITED PLAZA BLVD., SUITE 200
BATON ROUGE, LOUISIANA 70809
PH. (225) 926-5500
FAX (225) 926-5577

and

DAVID CAPASSO
407 BROAD ST.
NEW ORLEANS, LOUISIANA 70119
PH. (504) 822-3930
FAX (504) 822-5171

ATTORNEYS FOR PLAINTIFFS

CERTIFICATE OF MAILING

I, B. Kent Felty do hereby certify that I mailed a copy of the foregoing to all opposing counsel on with proper postage prepaid on May 10, 2004.

_____
B. Kent Felty

| NAMES | Affidavit # | Flown To | Housed | Placed to Work |
|---|---|---|---|---|
| Arili, Rao Ganeswara | 1 | Atlanta | Houma | Houma-QS |
| Bahadur, Jit Nimmu | 2 | Atlanta | Houma | Houma-QS |
| Indukuri, Krishnan Raju | 3 | Atlanta | Houma | - |
| Kambala, Raju Appala | 4 | Atlanta | Houma | Houma-QS |
| Manda, Mohan | 5 | Atlanta | Houma | - |
| Vodamodula, Sivakumar | 6 | Atlanta | Houma | Houma-QS |
| Mulankuzhilil, Jose Vargheese | 7 | Atlanta | Houma | - |
| Chakkalakal, Matthew Joseph | 8 | Atlanta | Houma | - |
| Vazhappillil, Sudhakaran | 9 | Atlanta | Houma | - |
| Yejarla, Raju Ramakrishna | 10 | Atlanta | Houma | - |
| Panthuvettum Parampil, Roy Samuel | 11 | New Orleans | Houma | Houma-QS |
| Chettiyar, Hareesh Janardhanan | 12 | New Orleans | Houma | Houma-QS |
| George, Rajan | 13 | New Orleans | Houma | Houma-QS |
| Gonthina, Satya Rao | 14 | New Orleans | Houma | Houma-QS |
| Gonthini, Ramana | 15 | New Orleans | Houma | Houma-QS |
| Singh, Jaswinder | 16 | New Orleans | Houma | Houma-QS |
| Vithayathil, Thomas Devassy | 17 | New Orleans | Houma | Houma-QS |
| Nayapulli, Muraleed Haran | 18 | New Orleans | Houma | Houma-QS |
| Thekkerara, Sunil | 19 | New Orleans | Houma | Houma-QS |
| Puthean, Varghese Mathai | 20 | New Orleans | Houma | Houma-QS |
| Mundattinkal, John Kunjachan | 21 | New Orleans | Houma | Houma-QS |
| Karanam, Raju Appala | 22 | New Orleans | Houma | Morgan City -Boll./ Houma-QS |
| John, Joshua | 23 | New Orleans | Houma | Houma-QS |
| Chacko, John | 24 | New Orleans | Houma | Houma-QS |
| Paluvilayil, Sebastian Daniel | 25 | New Orleans | Houma | Houma-QS |
| Vempliath, Thomachan Joseph | 26 | New Orleans | Houma | Houma-QS |
| Thomas, Antu | 27 | New Orleans | Houma | Houma-QS |
| Ponkaran, Balakrishnan Kunhappa | 28 | New Orleans | Houma | Houma-QS |
| Parathatial, Vendo Neelakandan | 29 | New Orleans | Houma | Houma-QS |
| Palamuttath, Antony Devassy | 30 | New Orleans | Houma | Houma-QS |

EXHIBIT A 1

| NAMES | Affidavit # | Flown To | Housed | Placed to Work |
|---|---|---|---|---|
| Kallivalappil, Sunny Devassy | 31 | New Orleans | Houma | Houma-QS |
| Pallath, Bavu Mohanan | 32 | New Orleans | Houma | Morgan City -Boll./ Houma-QS |
| Vasipalli, Raju | 33 | New Orleans | Thibodaux/Houma | Mississippi |
| Singh, Upendra Kumar | 34 | New Orleans | Houma | Houma-QS |
| Malekuzhivaliparambil, Varghese Varghese | 35 | New Orleans | Houma | Houma-QS |
| Jose, Sijo | 36 | New Orleans | Houma | - |
| George, Rejimon | 37 | New Orleans | Houma | Houma-QS |
| Clement, Joseph Vitus | 38 | New Orleans | Houma | Houma-QS |
| Ampazhathummootil, Samuel Kutty | 39 | New Orleans | Houma | Houma-QS |
| Abraham, Roy | 40 | New Orleans | Houma | Houma-QS |
| Joseph, Saju | 41 | New Orleans | Houma | Houma-QS |
| Kunjachan, Isac | 42 | New Orleans | Houma | Houma-QS |
| John, Mathew | 43 | New Orleans | Houma | Houma-QS |
| Michel, Thobias | 44 | New Orleans | Houma | Houma-QS |
| Mohanan, Nebu Gopi | 45 | New Orleans | Houma | Houma-QS |
| Nair, Sarojanyamma Ponnattu | 46 | New Orleans | Houma | Houma-QS |
| Padamadam, Sebastian Thomas | 47 | New Orleans | Houma | - |
| Paulose, Edavalickal Chacko | 48 | New Orleans | Houma | Houma-QS |
| Louis, Egnocious | 49 | New Orleans | Houma | Houma-QS |
| Nair, Jayamohanan | 50 | New Orleans | Houma | Houma-QS |
| Poulo, Benny | 51 | New Orleans | Houma | - |
| John, Koruthu | 52 | New Orleans | Houma | Larose-Allied Shipyard/Amelia-Hutco/Houma-QS |
| Thadikuzhingara, George Jacob | 53 | New Orleans | Thibodaux/Houma | Houma-QS |
| Palani, Chelladurai | 54 | New Orleans | Houma | Houma-QS |
| Sirasapalli, Prakasa Rao | 55 | New Orleans | Thibodaux/Houma | Houma-QS |
| Sirasapalli, Nooka Nakshatram | 56 | New Orleans | Thibodaux/Houma | Mississippi |

| NAMES | Affidavit # | Flown To | Housed | Placed to Work |
|---|---|---|---|---|
| Simhachalam, Satturi | 57 | New Orleans | Thibodaux/Houma | - |
| Sheeju, John Thomas | 58 | New Orleans | Thibodaux/Houma | - |
| Seetini, Sankara Rao | 59 | New Orleans | Thibodaux/Houma | Mississippi |
| Pyla, Satyanarayana | 60 | New Orleans | Thibodaux/Houma | Houma-QS |
| Puthanperikal, Paul Chacko | 61 | New Orleans | Thibodaux/Houma | Houma-QS |
| Muram, Jagan Mohan Reddy | 62 | New Orleans | Thibodaux/Houma | Mississippi |
| Mathew, Varchese | 63 | New Orleans | Thibodaux/Houma | Mississippi |
| Karri, Satya Rao | 64 | New Orleans | Thibodaux/Houma | - |
| Karnam, Apparao | 65 | New Orleans | Thibodaux/Houma | - |
| Gubbala, Gowrisankar | 66 | New Orleans | Thibodaux/Houma | - |
| Gorrela, Appala Raju | 67 | New Orleans | Thibodaux/Houma | - |
| Gontini, Raju | 68 | New Orleans | Thibodaux/Houma | Houma-QS |
| Gontina, Nook Raju | 69 | New Orleans | Thibodaux/BR | - |
| Gonthina, Prakasa Rao | 70 | New Orleans | Thibodaux/Houma | Houma-QS |
| Chintha, Chanti | 71 | New Orleans | Thibodaux/Houma | - |
| Boddeda, Venkatrao | 72 | New Orleans | Thibodaux/Houma | Houma-QS |
| Behera, Subash Chandra | 73 | New Orleans | Thibodaux/Houma | Houma-QS |
| Allipilli, Appala Raju | 74 | New Orleans | Thibodaux/Houma | - |
| George, Jacob | 75 | New Orleans | Houma | - |
| Alexander, George Bosco | 76 | New Orleans | Thibodaux/Houma | Houma-QS |
| Sambantham, Jaykumar | 77 | New Orleans | Houma | - |
| Pusapati, Venkata Siva Janaki Rama Raju | 78 | New Orleans | Houma | - |
| Marimuthu, Suresh | 79 | New Orleans | Houma | - |
| Kadavil, Jobi Kurian | 80 | New Orleans | Thibodaux/Houma | - |
| Kadari, Anand Rao | 81 | New Orleans | Houma | Houma-QS |
| Gontini, Narasinga Rao | 82 | New Orleans | Houma | - |

| NAMES | Affidavit # | Flown To | Housed | Placed to Work |
|---|---|---|---|---|
| Bandaru, Murali Krishna | 83 | New Orleans | Houma | Houma-QS |
| Anthony Samy, Deva Sagayaraj | 84 | New Orleans | Houma | - |
| Sabbani, Asokkumar | 85 | New Orleans | Houma | - |
| Varadarajan, Anbarasan | 86 | New Orleans | Houma | - |
| Vaiyapuri, Venkata Chalapathi | 87 | New Orleans | Houma | - |
| Muthusamy, Ramesh | 88 | New Orleans | Houma | - |
| Uppinivalasa, Adinarayana | 89 | New Orleans | Houma | Houma-QS |
| Vadapalli, Rama Raju | 90 | New Orleans | Houma | Houma-QS |
| Kuttannair, Raghu Nair | 91 | New Orleans | Houma | - |
| Nagulappan, Natarajan | 92 | New Orleans | Houma/BR | - |
| Pichai, Thanga Raju | 93 | New Orleans | Houma/BR | - |
| Akkireddi, Naga Satyanarayana | 94 | New Orleans | Houma/BR | - |
| Botchi, Surya Prakash | 95 | New Orleans | Houma/BR | - |
| Das, Samir | 96 | New Orleans | Houma/BR | - |
| Dattala, Papayya Raju | 97 | New Orleans | Houma | - |
| Degala, Suribabu | 98 | New Orleans | Houma/BR | - |
| Devadula, Trinadharao | 99 | New Orleans | Houma/BR | - |
| Devaraji, Venkatesan | 100 | New Orleans | Houma/BR | - |
| Dowrla, Abraham | 101 | New Orleans | Houma | - |
| Ganna, Rajeshwar | 102 | New Orleans | Houma/BR | - |
| Gomez, Leo Paul Arthur | 103 | New Orleans | Houma/BR | - |
| Gonthina, Nageswara Rao | 104 | New Orleans | Houma/BR | - |
| Gonthini, Rama Rao | 105 | New Orleans | Houma/BR | - |
| Gonthini, Sanyasi Rao | 106 | New Orleans | Houma/BR | - |
| Jayaraman, Parthipan | 107 | New Orleans | Houma/BR | - |
| Karaku, Pydi Babu | 108 | New Orleans | Houma/BR | - |

| NAMES | Affidavit # | Flown To | Housed | Placed to Work |
|---|---|---|---|---|
| Karri-Appala, Satyanarayana | 109 | New Orleans | Houma/BR | - |
| Kattamuripancha, Mukheswara Rao | 110 | New Orleans | Houma/BR | - |
| Kizhakke Veettil, Karuna Karan | 111 | New Orleans | Houma/BR | - |
| Madapana, Rama Rao | 112 | New Orleans | Houma/BR | - |
| Nimmadala, Srinivasrao | 113 | New Orleans | Houma/BR | - |
| Vesarapu, Kanaka Sekhar Kumar | 114 | New Orleans | Houma/BR | - |
| Veerasamy, Ransith Kumar M. | 115 | New Orleans | Houma/BR | - |
| Vakkalagadda, Koteswara Rao | 116 | New Orleans | Houma/BR | - |
| Siddabattula, Damodaram | 117 | New Orleans | Houma/BR | - |
| Satyanarayana, Anjuri | 118 | New Orleans | Houma/BR | - |
| Reddy-Palli, Damodra Rao | 119 | New Orleans | Houma/BR | - |
| Ravada, Bhuloka Raju | 120 | New Orleans | Houma/BR | - |
| Ramisetti, Rama Krishna | 121 | New Orleans | Houma/BR | - |
| Ramamoorthy, Muthuraman | 122 | New Orleans | Houma/BR | - |
| Rajakannu, Kanagaraj | 123 | New Orleans | Houma/BR | - |
| Pyla, Ramana | 124 | New Orleans | Houma | - |
| Putta, Venkata Ramana | 125 | New Orleans | Houma/BR | |
| Patta, Murthy Venkata Satyanarayana | 126 | New Orleans | Houma/BR | - |
| Panikulam, Vincent Antony | 127 | New Orleans | Houma/BR | - |
| Pailai, Krishna Reddy | 128 | New Orleans | Houma/BR | - |
| Dadi, Suresh | 129 | New Orleans | Houma | - |
| Muckadackal, Isaac Paily | 130 | New Orleans | Thibodaux/Houma | - |
| Thaliath, Thomas Poulose | 131 | New Orleans | Thibodaux | - |
| Gopala Pillai, Santhosh Kumar | 132 | New Orleans | Thibodaux/Houma | - |
| Gonvindan, Kumar Kesava | 133 | New Orleans | Houma/BR | - |
| Anusuri, Apparao | 134 | New Orleans | Houma | - |

**EXHIBIT A**     5

| NAMES | Affidavit # | Flown To | Housed | Placed to Work |
|---|---|---|---|---|
| Dali, Koteswara Reddy | 135 | New Orleans | Houma/BR | - |
| Harimahdiram, Hari Sreedhara Panicker | 136 | New Orleans | Houma/BR | - |
| Jami, Rajeswara Rao | 137 | New Orleans | Houma/BR | - |
| Kalapurayil, Joy Joseph | 138 | New Orleans | Thibodaux | - |
| Kasarapu, Srinivas | 139 | New Orleans | Thibodaux/Houma/BR | - |
| Mathews, John Kutty | 140 | New Orleans | Houma | - |
| Sundaresan, Karunakaran | 141 | New Orleans | Thibodaux/BR | - |
| Solomon, Raj | 142 | New Orleans | Thibodaux/BR | - |
| Raghavan, Srinivasan | 143 | New Orleans | Thibodaux | - |
| Pulickal, Joshua Kuriakose | 144 | New Orleans | Houma/BR | - |
| Paramasivam, Paranthaman | 145 | New Orleans | Thibodaux/BR | - |
| Kanjikuzhi, Jomon Maliyil Cherian | 146 | New Orleans | Houma/BR | - |
| Krishnan, Ragu | 147 | New Orleans | Houma | - |
| Devaraj, Roxen | 148 | New Orleans | Thibodaux/BR | - |
| Shanmugam, Selvakumar | 149 | New Orleans | Houuma/BR | - |
| Kalayipparampil, Vinod Pappunni | 150 | New Orleans | Houma/BR | - |
| Tharu, Francis | * | Atlanta | Houma | - |
| Akkara, Cicil Antony | * | New Orleans | Houma | Houma-QS |
| Chellamuthu, Periasamy | * | New Orleans | Houma | - |
| Chellamuthu, Raja | * | New Orleans | Houma | - |
| Gondesi, Prakash Reddy | * | New Orleans | Houma | - |
| Kannamkara, Tomson George | * | New Orleans | Houma | Hutco/Houma-QS |
| Kummattiyiel, Saji Sam | * | New Orleans | Houma | Houma-QS |
| Kurup, Ramachandra Vasudeva | * | New Orleans | Houma | Houma-QS |
| Maharana Satyanarayana | * | New Orleans | Houma | - |
| Nair, Vijayamohanan Thrivikraman | * | New Orleans | Thibodaux/Houma | - |

| NAMES | Affidavit # | Flown To | Housed | Placed to Work |
|---|---|---|---|---|
| Rajangu, Ramar | * | New Orleans | Houma | - |
| Ravichandran, Balasamy | * | New Orleans | Houma | - |
| Sathyadas, Rajeevan | * | New Orleans | Houma | Houma-QS |
| Vanavada, Vasu | * | New Orleans | Houma | - |
| Venkatarama Raju, Raja Vihar Gadi Raju | * | New Orleans | Thibodaux/Houma/BR | - |
| Yabali, Krishna | * | New Orleans | Thibodaux/Houma | - |
| Choppa, Gowrisankar Rao | * | Atlanta | Houma | - |
| Guntamukkala, Mouleswar Rao | * | Atlanta | Houma | - |
| Puttuthara, Jacob Thomas | * | Atlanta | Houma | |
| Seelam, Narasimha Setty | * | Atlanta | Houma | Houma-QS |
| Yelamanchili, Srinivasa Rao | * | Atlanta | Houma | Houma-QS |
| Paul, Biju Erippakkottil | * | New Olreans | Houma | Houma-QS |
| Adikesavan, Hemachander | * | New Orleans | Houma | Houma-QS |
| Arippai, Babu | * | New Orleans | Houma | Houma-QS |
| Arockiadoss, Jagan Christopher | * | New Orleans | Houma | - |
| Chankurythu, Biju Antony | * | New Orleans | Houma | Houma-QS |
| Chettyar, Rajendra Prasad Narayanan | * | New Orleans | Houma | Mississippi/BR |
| Dandu, Rambabu | * | New Orleans | Houma | - |
| Gupta, Amresh Kumar | * | New Orleans | Houma | Houma-QS |
| Kanjiraparambal, Thomas Joseph | * | New Orleans | Houma | Houma-QS |
| Madhavan, Rajan | * | New Orleans | Houma | Mississippi |
| Marry, Nageswara Rao | * | New Orleans | Houma | Houma-QS |
| Mulavarickal, Johnson Papu | * | New Orleans | Houma | Houma-QS |
| Nair, Raghavanu Sasidharan | * | New Orleans | Houma | |
| Persevel Abraham, Nelson Jacob | * | New Orleans | Houma | Houma-QS |
| Ponnumani, John Livingston | * | New Orleans | Houma | |
| Purushothaman, Maladras | * | New Orleans | Houma | Houma-QS |
| Puthussery, Davis Mathai | * | New Orleans | Houma | Houma-QS |

| NAMES | Affidavit # | Flown To | Housed | Placed to Work |
|---|---|---|---|---|
| Shaik, Daraga | * | New Orleans | Houma | - |
| Shaik, Feroz | * | New Orleans | Houma | - |
| Singh, Swinder | * | New Orleans | Houma | - |
| Tom, Raju Chacko | * | New Orleans | Houma | |
| Varghese, Joyson | * | New Orleans | Houma | Houma-QS |
| Vellayil, Anty Raphael | * | New Orleans | Houma | - |
| Yadaw, Jaleswar | * | New Orleans | Houma | Houma-QS |
| Ganapathi Thevar, Jayakumar | * | New Orleans | Houma | |
| Ganga, Narasimha Sha | * | New Orleans | Houma | - |
| Gill, Jaswani Singh | * | New Orleans | Houma | |
| Janardhanan, Sadasivan Achary | * | New Orleans | Houma | |
| Kandisseril, Udayakumar Kuttappan | * | New Orleans | Houma | - |
| Thakur, Pratap Bir | * | New Orleans | Houma | Houma-QS |
| Govindaraj, Balakrishnan | * | New Orleans | Houma/BR | - |
| Kella, Subrahmanyam | * | New Orleans | Houma/BR | - |
| Mahalingam, Chandra Sekaran | * | New Orleans | Houma/BR | - |
| Mayavan, Anbanandam | * | New Orleans | Houma/BR | - |
| Murugan, Rajan | * | New Orleans | Houma/BR | - |
| Sequeira, Ignatious | * | New Orleans | Houma/BR | - |
| Vadakke Veettil, Joseph Kevin | * | New Orleans | Houma/BR | Chalmette |
| Shanmugam, Ramesh | * | New Orleans | Thibodaux/Houma | - |
| Vasudevan, Sasikumar Pillai | * | New Orleans | Thibodaux/Houma | - |
| Arunachalam, Rajakumaran | * | | | |
| Nellikkakunnel, Shibu K. | * | | | |
| Singaram, Panner Selvam | * | | | |
| William Julian | * | | | |

**KEY**

| | | |
|---|---|---|
| (Bol) =Bollinger Shipyard | (-) = not employed | (BR) = Baton Rouge |
| (QS) = Quality Shipyard | (*) = Affidavit not filed w/ court | |

**EXHIBIT A** 8