FILED
U S DISTRICT COURT
EASTERN DISTRICT OF LA

2004 DEC -2 PM 3: 52

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROY ABRAHAM, et al | CIVIL ACTION |
| VERSUS | NO: 04-44 |
| B. J. SINGH, et al | SECTION: "I" |

### ORDER

This matter was brought before the Court following a call of the docket and notice to the attorneys of record to show cause why no action has been taken in the above captioned case. No good cause being shown, the Court ordered that plaintiffs' complaint against the defendants, B. J. Singh and NTS Skillforce Resources, be dismissed without prejudice.

Accordingly, IT IS ORDERED, ADJUDGED AND DECREED that plaintiffs' complaint against the defendants, B. J. Singh and NTS Skillforce Resources, is dismissed without prejudice because of a failure to prosecute.

New Orleans, Louisiana, this ___2___ day of December, 2004.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
DEC 0 3 2004

_FEE_____
XPROCESS____
XDOCKET____
XCTRM DEP__ps__
DOCUMENT NO. 39

