

MINUTE ENTRY
AFRICK, J.
January 19, 2005

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

ROY ABRAHAM, ET AL            CIVIL ACTION

versus                       No. 04-0044

B.J. SINGH, ET AL             SECTION: I/5

The Court has been advised by counsel for defendant, Comerford Enterprises, Inc. ("Comerford"), and counsel for plaintiffs that the parties agree to the dismissal of Comerford from this action.

Accordingly,

**IT IS ORDERED** that plaintiffs' claims against Comerford Enterprises, Inc. be and hereby are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the motion to dismiss filed on behalf of Comerford Enterprises, Inc. (Rec. Doc. No. 40), be and hereby is **DISMISSED AS MOOT**.

New Orleans, Louisiana, January 19, 2005.

                                      _____
                                      LANCE M. AFRICK
                                    UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
JAN 2 0 2005

___ Fee_____
___ Process___
 X  Dktd_____
___ CtRmDep___
___ Doc. No___