UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROY ABRAHAM, ET AL., | * | CIVIL ACTION |
| | * | NO. 04-0044 |
| Plaintiffs, | * | |
| | * | SECTION I (5) |
| VERSUS | * | |
| | * | JUDGE AFRICK |
| B.J. SING, individually and d/b/a NTS | * | |
| SKILLFORCE RESOURCES, TERRY | * | MAGISTRATE JUDGE CHASEZ |
| FORRESTER, individually and d/b/a | * | |
| LABOR CONSULTANTS | * | |
| INTERNATIONAL and CHAD | * | |
| CHANDLER, individually and d/b/a | * | |
| FALCON STEEL STRUCTURES and | * | |
| COMEFORD ENTERPRISES, | * | |
| | * | |
| Defendants. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO DISMISS

COME NOW Plaintiffs, Roy Samuel Panthuvettumparampil and Thomas Devassy Vithayathil, individually, through undersigned counsel, and respectfully request the following:

1.

Plaintiffs, Roy Samuel Panthuvettumparampil and Thomas Devassy Vithayathil, have notified undersigned counsel that they wish to be dismissed from the instant suit with prejudice. As discussed with the Court at the status conference on February 18, 2005, Plaintiffs are requesting this dismissal be granted.

**WHEREFORE**, premises considered, Plaintiffs, Roy Samuel Panthuvettumparampil and Thomas Devassy Vithayathil, pray that their Motion to Dismiss be granted and they be dismissed with prejudice from the instant suit.

1

Respectfully submitted,

Brent D. Burley (LA Bar #22744)
John C. Anderson (LA Bar #2467)
FENET & ANDERSON, A.P.L.L.C.
8641 United Plaza Blvd., Suite 200
Baton Rouge, LA 70809
Phone: (225) 926-5500
Fax:    (225) 926-5577
*Attorneys for Plaintiffs*

B. Kent Felty, (OBA #15702)
LAW OFFICES OF B. KENT FELTY
624 S. Boston Ave.
Suite 1080
Tulsa, OK 74119
Phone: (918) 587-9958
Fax:    (918) 587-9951
*Pro Hac Vice for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been served upon all counsel of record via U.S. Mail, postage prepaid, this 28th day of February, 2005.

BRENT D. BURLEY