U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  MAR 0 1 2005
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROY ABRAHAM, ET AL., | * | CIVIL ACTION |
| | * | NO. 04-0044 |
| Plaintiffs, | * | |
| | * | SECTION I (5) |
| VERSUS | * | |
| | * | JUDGE AFRICK |
| B.J. SING, individually and d/b/a NTS SKILLFORCE RESOURCES, TERRY FORRESTER, individually and d/b/a LABOR CONSULTANTS INTERNATIONAL and CHAD CHANDLER, individually and d/b/a FALCON STEEL STRUCTURES and COMEFORD ENTERPRISES, | * * * * * * * | MAGISTRATE JUDGE CHASEZ JURY TRIAL REQUESTED |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

CONSIDERING THE FOREGOING;

IT IS ORDERED that Plaintiffs', Roy Samuel Panthuvettumparampil and Thomas Devassy Vithayathil, individually, Motion to Dismiss is GRANTED and they are hereby DISMISSED WITH PREJUDICE from the instant suit.

New Orleans, Louisiana, this _28_ day of _Feb_____, 2005.

_____
HONORABLE LANCE AFRICK
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

3