

```
                    FILED
              U.S. DISTRICT COURT
             EASTERN DISTRICT OF LA

              2005 JUN -1  AM 11: 26

                 LORETTA G. WHYTE
                     CLERK
```

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROY ABRAHAM, ET AL | CIVIL ACTION NO. 04-44 |
| versus | SECTION: "I" (5) |
| B J SINGH, ET AL | |

This Court has been advised that there is a partial settlement in the above-captioned case. The motion filed by defendant, Terry Forrester, and defendant, Labor Consultants International, to dismiss plaintiffs' first amended complaint (Rec. Doc.#33) is hereby dismissed as moot.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

**CLERK TO NOTIFY ALL COUNSEL**

```
___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No._____
```