FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUN -1 AM 11: 26

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ROY ABRAHAM, ET AL                                CIVIL ACTION NO. 04-44

versus                                            SECTION: "I" (5)

B J SINGH, ET AL

### ORDER OF DISMISSAL AS TO DEFENDANT TERRY FORRESTER AND DEFENDANT LABOR CONSULTANTS INTERNATIONAL

The Court having been advised by counsel for the parties that **defendant, Terry Forrester, and defendant, Labor Consultants International,** have firmly agreed upon a compromise,

**IT IS ORDERED** that the action with respect to **defendant, Terry Forrester, and defendant, Labor Consultants International,** be and it is hereby dismissed without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within a reasonable time. The Court retains jurisdiction for all purposes,

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

including enforcing the settlement agreement entered into by the parties.

**COUNSEL ARE REMINDED THAT**, if witnesses have been subpoenaed, <u>**EVERY WITNESS**</u> **MUST** be notified by counsel not to appear.

New Orleans, Louisiana, this 1 of June , 2005.

```
                                    _____
                                         LANCE M. AFRICK
                                    UNITED STATES DISTRICT JUDGE
```