MINUTE ENTRY
AFRICK, J.
June 1, 2005

JS10 - 00:05

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROY ABRAHAM, et al | CIVIL ACTION |
| VERSUS | NO. 04-44 |
| B J SINGH, et al | SECTION: "I" |

### ORDER

On May 18, 2005, this Court ordered certain plaintiffs to show cause on June 1, 2005, why they should not be dismissed from this case as a result of their failure to prosecute. No good cause being shown, the Court ordered that such plaintiffs' claims against the defendants, Chad Chandler, Falcon Steel Structures, Inc., Terry Forrester and Labor Consultants International be dismissed without prejudice.

Accordingly, IT IS ORDERED, ADJUDGED AND DECREED that the claims of plaintiffs, George Bosco Alexander, Hemachander Adikesavan, Babu Arippai, Biju Antony Chankurythu, Samir Das, Narasimha Sha Ganga, Prakash Reddy Gondesi, Gowrisankar Gubbala, Mouleswar Rao Guntamukkala, Amresh Kumar Gupta, Anand Rao Kadari, Raju Appala Kambala, Thomas Joseph Kanjiraparambal, Lalichan Joseph Karuthasseril, Saji Sam Kummattiyiel, Ramachandra Vasudeva Kurup, Johnson Papu Mulavarickal, Jagan Mohan Reddy

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

Muram, Raghavanu Sasidharan Nair, Shibu K. Nellikkakunnel, Murthy Venkata Satyanarayana Patta, Nelson Jacob Persevel Abraham, Davis Mathai Puthussery, Jacob Thomas Puttuthara, Rajeevan Sathyadas, Pratap Bir Thakur, Joyson Varghese, Raju Vasipalli, Anty Raphael Vellayil, Thomachan Joseph Vempliath, Julian William, Raju Ramakrishna Yejarla, Sudhakaran Vazhappillil, Narasimha Setty Seelam, Sunny Devassy Kallivalappil, Hareesh Janardhanan Chettiyar, Francis Tharu, Rajakumaran Arunachalam, Ignatious Sequeira, Jaswani Singh Gill and Krishna Yabaji, against the defendants, Chad Chandler, Falcon Steel Structures, Inc., Terry Forrester and Labor Consultants Internation , are dismissed without prejudice because of a failure to prosecute.

New Orleans, Louisiana, this ___2___ day of June, 2005.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE