UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROY ABRAHAM, ET AL** | **CIVIL ACTION** |
| **versus** | **No. 04-0044** |
| **B.J. SINGH, ET AL** | **SECTION: I/5** |

### J U D G M E N T

Considering the record, the order entered July 5, 2005, granting in part the defendants' consolidated motion to dismiss, and the law, for the reasons assigned,

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment herein in favor of defendants, Chad Chandler and Falcon Steel Structures, Inc., and against plaintiffs, **DISMISSING** plaintiffs' claims in counts one (1) and three (3) of the first amended complaint **WITH PREJUDICE** and with costs.

**IT IS FURTHER ORDERED ADJUDGED AND DECREED** that there be judgment herein in favor of defendants, Chad Chandler and Falcon Steel Structures, Inc., and against plaintiffs, **DISMISSING** plaintiffs' claims in count two (2) of the first amended complaint **WITHOUT PREJUDICE.**

New Orleans, Louisiana, July 13th, 2005.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE