U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED MAR 21 2007
LORETTA G. WHYTE
CLERK

United States Court of Appeals
Fifth Circuit

# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

F I L E D
February 26, 2007

Charles R. Fulbruge III
Clerk

No. 05-30860

D.C. Docket No. 2:04-CV-44 I

ROY ABRAHAM; ET AL

    Plaintiffs

ROY ABRAHAM; JACOB GEORGE; CICIL ANTONY AKKARA; APPALA RAJU ALLIPILLI; SAMUEL KUTTY AMPAZHATTHUMMOOTIL; ET AL

    Plaintiffs - Appellants

v.

B J SINGH, individually etc; ET AL

    Defendants

CHAD CHANDLER, individually; FALCON STEEL STRUCTURES, INC

    Defendants - Appellees

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans.

Before JONES, Chief Judge, and WIENER and BARKSDALE, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is reversed, and the cause is remanded to the District Court for further proceedings in accordance with the opinion of this Court.

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

    IT IS FURTHER ORDERED that defendants-appellees pay to plaintiffs-appellants the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE: MAR 2 0 2007

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit

By /s/ Angelique D. Batiste
    Deputy

New Orleans, Louisiana MAR 2 0 2007