# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

March 20, 2007

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

      No. 05-30860 Abraham v. Singh
      USDC No. 2:04-CV-44

Enclosed, for the district court only, is a certified copy of the judgment issued as the mandate.

Enclosed, for the district court only, is a copy of the court's opinion.

Record/original papers/exhibits to be returned.

The electronic copy of the record will be recycled.

                    Sincerely,

                    CHARLES R. FULBRUGE III, Clerk

            By: _Angelique D. Batiste_
                Angelique D. Batiste, Deputy Clerk
                504-310-7808

cc: (letter only)
    Honorable Lance M Africk
    Mr Brent D Burley
    Mr Bill Kent Felty
    Mr Michael Reese Davis

P.S. to Judge Africk: A copy of the opinion was sent to your office via email the day it was filed.

MDT-1