```
                UNITED STATES  DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA


ROY ABRAHAM, ET AL                CIVIL ACTION NO. 04-44


VERSUS                            SECTION: "I" (5)


B.J. SINGH, ET AL
```

    This Court has been advised that the above-captioned case has settled.  Counsel are thanked for their assistance.

                                                  _____
                                                  LANCE M. AFRICK
                                                  UNITED STATES DISTRICT JUDGE